427 A.2d 1210

Commonwealth v. Woodward, Appellant.

Submitted June 29, 1979. George A. Vaughn, III, for appellant; Edgar B. Bayley, District Attorney, for Commonwealth, appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Order affirmed.